LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09-CV-01445-AWI-SMS |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $24,260.00 IN U.S. CURRENCY, and | ) | |
| APPROXIMATELY $42,482.70 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants approximately $24,260.00 in U.S. Currency and approximately $42,482.70 in U.S. Currency (hereafter "defendant currency") was seized in the city of

1  Bakersfield, Kern County, California, and is in the custody of the U.S. Marshals Service, Eastern
2  District of California.  The Drug Enforcement Administration  published notice of the
3  nonjudicial forfeiture of the defendant currency on April 27, May 4, and May, 11, 2009, in the
4  *Wall Street Journal*.

      4.     Plaintiff proposes that publication be made as follows:

          a.     One publication;

          b.     Thirty (30) consecutive days;

          c.     On the official internet government forfeiture site www.forfeiture.gov;

          d.     The publication is to include the following:

              (1)     The Court and case number of the action;

              (2)     The date of the seizure/posting;

              (3)     The identity and/or description of the property seized/posted;

              (4)     The name and address of the attorney for the Plaintiff;

              (5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

              (6)     A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and

///
///
///
///
///
///
///
///

1  condemnation ordered.

2  Dated: August 20, 2009                    LAWRENCE G. BROWN
                                             United States Attorney

3
                                             /s/ Deanna L. Martinez
4                                            DEANNA L. MARTINEZ
                                             Assistant United States Attorney
5

6                              ORDER

7       IT IS SO ORDERED.

8  Dated:    9/4/2009                         /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

3         APPLICATION AND ORDER FOR PUBLICATION