# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cv-01445-AWI-SMS |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING ENTRY OF DEFAULT JUDGMENT AND FINAL FORFEITURE JUDGMENT IN FAVOR OF PLAINTIFF |
| APPROXIMATELY   $24,260.00   IN   U.S. CURRENCY, and | |
| APPROXIMATELY   $42,482.70   IN   U.S. CURRENCY, | |
| Defendants. | (Doc. 25) |

In this civil forfeiture action, Plaintiff United States of America ("Government") seeks (1) default judgment against the interests of Ali Ajanar, Hilda Zuniga-Salazar, Ivan Cardenas-Bribesca, and Eli Carbajal-Martinez in approximately $24,260.00 and approximately $42,482.70 in United States currency (the "defendant currency") and (2) entry of a final forfeiture judgment to vest in the Government all right, title and interest in the defendant currency.  The Government's motion was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19) and was considered in accordance with Local Rule A-540(d).

On May 5, 2010, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion be granted (Doc. 25).  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and

///

1

1   Recommendations were to be filed within fifteen days.  No objections to the findings and

2   recommendations were filed with the Court.

3          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

4   *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

5   Recommendations to be supported by the record and proper analysis.

6          Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed May

7   5, 2010, are adopted in full.

8

9   IT IS SO ORDERED.

10  **Dated:    May 26, 2010**                          **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28