BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $24,260.00 IN U.S. CURRENCY, and <br><br> APPROXIMATELY $42,482.70 IN U.S. CURRENCY, <br><br> Defendant. | 1:09-CV-01445-AWI-SMS <br><br> **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed March 3, 2010. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on May 26, 2010. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's May 5, 2010, Findings and Recommendations in full.

2. Ali Alnajar, Hilda Zuniga-Salazar, Ivan Cardenas-Bribesca, and Eli Carbajal-Martinez are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendants approximately $24,260.00 in U.S. Currency and approximately $42,482.70 in U.S. Currency  (hereafter collectively "defendant currency") of Ali Alnajar, Hilda Zuniga-Salazar, Ivan Cardenas-Bribesca, Eli Carbajal-Martinez , and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Ali Alnajar, Hilda Zuniga-Salazar, Ivan Cardenas-Bribesca, and Eli Carbajal-Martinez .

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   June 9, 2010**              /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE